IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRYL D. RIGGINS, #184051, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:11-CV-422-WKW |
| | ) [WO] |
| DR. BATES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 80.) After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court finds that the recommendation should be adopted. Accordingly, it is ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, that Plaintiff's cross-motion for summary judgment (Docs. # 60, 74) is DENIED, and that Defendants' motion for summary judgment (Doc. # 11) is GRANTED.

An appropriate judgment will be entered.

DONE this 25th day of June, 2014.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE