IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DARRYL D. RIGGINS, #184051,          )
                                     )
            Plaintiff,               )
                                     )
v.                                   )     CASE NO.  2:11-CV-422-WKW
                                     )                [WO]
DR. BATES, *et al*.,                 )
                                     )
            Defendants.              )

## **ORDER**

Before the court are the Recommendation of the Magistrate Judge (Doc. # 80) and Plaintiff's timely filed objection (Doc. # 85).  Based upon the court's independent and *de novo* review of those portions of the Recommendation to which objection is made, 28 U.S.C. § 636(b), it is ORDERED that the objection is OVERRULED.  It is further ORDERED that the Recommendation (Doc. # 80) is ADOPTED, that Plaintiff's cross-motion for summary judgment (Docs. # 60, 74) is DENIED, and that Defendants' motion for summary judgment (Doc. # 11) is GRANTED.

An appropriate judgment will be entered.

DONE this 26th day of June, 2014.

_____/s/ W. Keith Watkins_____
CHIEF UNITED STATES DISTRICT JUDGE